UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TOMMY PICHARDO, on behalf of himself and other similarly situated,

    Plaintiff,

-against-

HOYT TRANSPORTATION CORP., JOSEPH TERMINI, SR. CHRIS J. TERMINI, JANET TERMINI, and JOHN DOE,

    Defendants.

---

Case No. 17-cv-3196 (RLM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, on May 26, 2017, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") and the New York Labor Law;

WHEREAS, although commenced as a putative collective action under the FLSA, no individuals received notice of this action;

WHEREAS, the parties settled this action based upon arm's-length negotiations, the terms of which have been judicially reviewed and are deemed fair *as modified by the Court*, and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Eastern District of New York shall retain jurisdiction over all proceedings to enforce the terms of the settlement between the parties in this action;

1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that this action is hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Dated: New York, New York
March 15, 2019

CILENTI & COOPER PLLC
Attorneys for Plaintiff
708 Third Avenue, 6th Floor
New York, NY 10017
(212) 889-9828
jcilenti@jcpclaw.com

_____
Giustino (Justin) Cilenti

MINTZ & GOLD LLP
Attorneys for Defendants
600 Third Ave, 25th Floor
New York, NY 10016
(212) 696-4848
pollack@mintzandgold.com

_____
Jeffrey D. Pollack

**SO ORDERED**

/s/
_____
Hon. Roanne L. Mann, U.S.M.J.

2